1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRI C MANUFACTURING, INC., a California corporation,<br><br>Defendant. | Case No. 2:20-cv-00037-TLN-EFB<br><br>**ORDER RE: STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

GOOD CAUSE APPEARING,

1. The May 29, 2020 deadline for Defendant to file its responsive pleadings to the Complaint is extended to August 5, 2020.

**IT IS SO ORDERED.**

Date: May 29, 2020

Troy L. Nunley
United States District Judge