Michael R. Lozeau (State Bar No. 142893)
Rebecca L. Davis (State Bar No. 271662)
E-mail: michael@lozeaudrury.com
          rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

Attorneys for Plaintiff
THE CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Tri C Manufacturing, Inc., a California corporation,<br><br>Defendant. | Case No.  2:20-cv-00037-TLN-EFB<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND ORDER TO STAY PROCEEDINGS** |

NOTICE OF SETTLEMENT; STIPULATION
AND ORDER TO STAY PROCEEDINGS
                                                  Case No. 20-cv-00037-TLN-EFB

**PLEASE TAKE NOTICE** that the parties have reached a settlement resolving all claims in this action. The settlement is contingent upon the expiration of the federal agencies' 45-day review period required by the Federal Water Pollution Control Act, 33 U.S.C. § 1365(c)(2).[1]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)). Such notice was mailed to the agencies on August 3, 2020. Given approximately 10 days for the mailing and processing of receiving the settlement, the regulatory agencies' review period will end by approximately September 28, 2020. If any of the reviewing agencies object to the proposed Settlement Agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns. At the end of the 45-day review period, the parties will file either a Request for Entry of the Proposed Consent Judgment or a notice that the agencies objected to the Proposed Consent Judgment.

In light of the settlement agreement entered into by the parties and the need to await the conclusion of the agencies' 45-day review period, the parties, through their respective counsel, stipulate and agree as follows:

**WHEREAS**, on January 6, 2020, Plaintiff filed its Complaint initiating this action;

---

[1] Title 33 of the United States Code, Section 1365(c)(2) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

-1-

NOTICE OF SETTLEMENT; STIPULATION              Case No. 20-cv-00037-TLN-EFB
AND ORDER TO STAY PROCEEDINGS

**WHEREAS**, the parties successfully completed and executed a Proposed Consent Judgment on August 3, 2020;

**WHEREAS**, on August 3, 2020, Plaintiff submitted the Proposed Consent Judgment via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and must now await the completion of the 45-day review period set forth at 40 C.F.R. § 135.5 and 33 U.S.C. § 1365(c)(2);

**WHEREAS**, in light of the parties' entering into the Proposed Consent Judgment and the need to allow the federal agencies 45 days to review the Settlement Agreement, the parties further request that the Court immediately stay all proceedings in this action until September 28, 2020 by which date the parties expect to have filed a Request for Entry of Proposed Consent Judgment with the Court.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel of record, that the Court stay all proceedings in this action, until September 28, 2020, and, with the exception of this Stipulation, vacate all deadlines and dates currently scheduled by the Court.

Respectfully Submitted,

Dated:  August 3, 2020         MICHEL & ASSOCIATES, P.C.

By: */s/ W. Lee Smith*
W. Lee Smith
Attorneys for Defendants Tri C Manufacturing, Inc.

Dated:  August 3, 2020         LOZEAU DRURY LLP

By: */s/ Rebecca Davis*
Rebecca Davis
Attorneys for Plaintiff California Sportfishing Protection Alliance

**ORDER**

In light of the parties' stipulation, and good cause appearing, the Court stays all proceedings in this action until September 28, 2020, and vacates all deadlines and dates currently scheduled by the Court.

**IT IS SO ORDERED.**

Dated: August 3, 2020

Troy L. Nunley
United States District Judge