Michael R. Lozeau (State Bar No. 142893)
Rebecca L. Davis (State Bar No. 271662)
E-mail: michael@lozeaudrury.com
       rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

Attorneys for Plaintiff
The California Sportfishing Protection Alliance

W. Lee Smith (State Bar No. 196115)
E-mail: lsmith@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Tel: (562) 216-4444
Fax: (562) 216-4445

Attorneys for Defendant Tri-C Manufacturing, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California nonprofit corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>Tri C Manufacturing, Inc., a California corporation,<br><br>                       Defendant. | Case No. 2:20-cv-00037-TLN-EFB<br><br>**STIPULATED REQUEST FOR ENTRY OF CONSENT DECREE** |

STIPULATED REQUEST FOR ENTRY OF CONSENT DECREE            Case No. 20-cv-00037-TLN-EFB

On August 3, 2020, Plaintiff The California Sportfishing Protection Alliance sent a letter to the United States Department of Justice and the United States Environmental Protection Agency to trigger a mandatory 45-day review period to review the [Proposed] Consent Decree entered into by the parties on August 3, 2020. *See* 33 U.S.C. § 1365(c); 40 C.F.R. § 135.5. On September 24, 2020, the Department of Justice sent the parties a letter indicating that the federal agencies had no objection to entry of the [Proposed] Consent Decree. That letter is attached hereto as Exhibit 1. Accordingly, the Parties hereby respectfully request that the Court enter the [Proposed] Consent Decree, attached hereto as Exhibit 2, and filed with the Court contemporaneously with this request.

Respectfully Submitted,

Dated: September 25, 2020    LOZEAU DRURY LLP

By: */s/ Rebecca Davis*
Rebecca Davis
Attorneys for Plaintiff California Sportfishing Protection Alliance

Dated: September 25, 2020    MICHEL & ASSOCIATES, P.C.

By: */s/ W. Lee Smith*
W. Lee Smith
Attorneys for Defendants Tri C Manufacturing, Inc.

-1-
STIPULATED REQUEST FOR ENTRY OF CONSENT DECREE      Case No. 20-cv-00037-TLN-EFB